IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES ELDER, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-0966 |
| PDC LOGIC, LLC and HIJET BIT, LLC, | § § § | |
| Defendants. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated August 15, 2017, and the objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is **ADOPTED** by this court. Plaintiff's ADEA, ADA, and TCHRA claims must proceed to trial.

Motions in limine will be filed by October 4, 2017, and responses by October 24, 2017. The parties are directed to appear for Docket Call at 3:00 p.m., on November 9, 2017, in Court Room 9-B, 9th Floor, United States Courthouse, 515 Rusk Avenue, Houston, Texas. The Joint Pretrial Order and motions in limine must be filed by November 3, 2017. Plaintiff is responsible for the timely

filing of the complete joint pretrial order. The court may address any pending motions and set the case for trial at Docket Call.

Counsel are to deliver to chambers a copy of any instrument filed within seven days of Docket Call with a notation of the Docket Call setting.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, on this 13th day of September, 2017.

SIM LAKE
UNITED STATES DISTRICT JUDGE